| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| LORENZA L. HODGES, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:06-CV-389 |
| § | |
| ALITHIA RAWLINS, *et al.*, § | |
| § | |
| Defendants. § | |

# MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Lorenza L. Hodges, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against several defendants. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed motions seeking a preliminary injunction and protective order. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and applicable law. After careful consideration, the court is of the opinion the objections are without merit.

## **ORDER**

Accordingly, plaintiff's objections are **OVERRULED.** The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for preliminary injunction and protective order are **DENIED**.

SIGNED at Beaumont, Texas, this 30th day of March, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE